# United States Court of Appeals
## For the First Circuit

No. 01-1557

GORDON C. REID,

Plaintiff, Appellant,

v.

GARY SIMMONS, ET AL.,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on September 25, 2002 is amended as follows:

Page 1, bottom line:  insert "Simmons" after "on brief for appellee"

Page 2, line 2:  insert "law" after "of"